UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  -vs-<br><br>D & M CHEM, INC., a Washington corporation,<br><br>        Defendant. | NO. CV-11-3112-LRS<br><br>ORDER GRANTING MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulation and Proposed Protective Order (ECF No. 113). The court has reviewed the documents and the file and is fully informed. The parties' Stipulation And Proposed Protective Order, ECF No. 113, are **hereby approved**, recognizing that upon motion of either party or the Court, the terms may be modified if necessary.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 22nd day of March, 2013.

                                           *s/Lonny R. Suko*

                                           LONNY R. SUKO
                              UNITED STATES DISTRICT JUDGE

ORDER - 1